Entered: July 18th, 2025
Signed: July 18th, 2025

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–12691 – MMH**   Chapter: **7**

**Ryan Joseph Abell,**
Debtor.

# ORDER APPROVING
# REAFFIRMATION AGREEMENT

This matter is before the Court upon the reaffirmation agreements [ECF 19, 23] between the above–captioned Debtor and Navy Federal Credit Union, no opposition having been filed, and the Court having held a hearing on the reaffirmation agreements on July 14, 2025, and having reviewed the applicable case law, statutes, and statements on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the reaffirmation agreements are approved.


cc:   Debtor
      Attorney for Debtor – Brett Weiss
      Case Trustee – Zvi Guttman
      U.S. Trustee
      Reaffirmation Agreement Creditor – Navy Federal Credit Union

**End of Order**

34x01 (rev. 04/06/1990) – AnnaMarieKomisarek